***ATTACHMENT A***

*DAVID WIEG, individually and on behalf of other members of the general public similarly situated v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC.,* 5:21-cv-00693-NC

*ZACHARY ZIEGLER, individually and on behalf of all others similarly situated v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC*, 3:21-cv-00123-VLB

*PETER FRAY, individually and on behalf of all others similarly situated, v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC* 0:21-cv-60226-RAR

*BARTOSZ ZYBURA, individually and on behalf of all others similarly situated, v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC*, 2:21-cv-1348-KM-JBC

*BRENDON NELSON, individually and on behalf of all others similarly situated, v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC*, 21-cv-777-JMF

*STEVEN MINNICK, JHANNA WHITE, individually and on behalf of all others similarly situated, v. ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MARKETS, INC*, 2:21-cv-489-MAK